AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* | ) ) ) ) ) ) | |
| v. | ) ) | Civil Action No. |
| *Defendant(s)* | ) ) ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*



A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:



If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

ATTACHMENT A
CAPTION

**J.P.,** a minor by and through Guardian Ad Litem, **CRYSTAL P.** and **DANIEL P.**, individually and on behalf of a class of all similarly situated students; **ANDREA V.**, individually and on behalf of a class of all similarly situated parents; **ESTHER V.**, individually and on behalf of a class of all similarly situated teachers; **SYLVIA U.**, individually and on behalf of a class of all similarly situated school support staff; **Z.R.,** a minor by and through Guardian Ad Litem, **CORINA R.**, individually; **J.S.,** a minor by and through Guardian Ad Litem, **JENNIFER C.**, individually; **I.R.,** a minor by and through Guardian Ad Litem, **ALMA R. and GEORGE R.**, individually; **L.R.,** a minor by and through Guardian Ad Litem, **LUCIENE A.** and **FRANK R.**, individually; **Z.A.,** a minor by and through Guardian Ad Litem, **ESTHER V.**; **M.C.,** a minor by a through Guardian Ad Litem, **JASMINE C.** individually; **M.T.**, a minor by and through Guardian Ad Litem **LOUANNA R.**; **B.G.** and **F.G.**, minors by and through Guardian Ad Litem, **BEATRICE T.**, individually; **J.L.**, a minor by and through Guardian Ad Litem, **ASHLEY L.**, individually; **J.D**., a minor by and through Guardian Ad Litem, **SANDRA V.,** individually; **F.L.,** a minor by and through Guardian Ad Litem, **VIRGINIA G.**, individually**; A.P.,** a minor by and through Guardian Ad Litem, **ARACELY P. and ROMAN P.**, individually; **A.L.,** a minor by and through Guardian Ad Litem, **CRYSTAL G.**, individually; **D.J.Q.** a minor by and through Guardian Ad Litem, **YVETTE Q.** and **MANUEL Q.**, individually; **J.P**., a minor by and through Guardian Ad Litem, **JASMIN P.**, individually; **T.G.,** a minor by and through Guardian Ad Litem, **JACKIE G.**, individually; **R.F.,** a minor by and through Guardian Ad Litem, **MONICA O.**, individually; **A.V.** and **G.E.,** minors by and through Guardian Ad Litem, **ANDREA V.**, individually; **N.S**., a minor by and through Guardian Ad Litem, **ALIETA P.**, individually and grandmother, **MARIA P.**, individually; **A.L.A.T**., a minor by and through Guardian Ad Litem, **CASSANDRA B.**, individually; **G.D.G.R.,** a minor by and through Guardian Ad Litem, **CYNTHIA R.**, individually; **J.M**., a minor by and through Guardian Ad Litem, **SANDRA M.** and **MARTIN M.**, individually; **MARIA G.-R.** individually**; VANESSA G.,** individually, and **DOES 1-3000**, individually

*Plaintiffs,*

vs.

**THE UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT ("UCISD"); UCISD SCHOOL PRINCIPAL MANDY GUTIERREZ**; **UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT ("UCISD-PD") CHIEF PEDRO ARRENDONDO; UCISD-PD OFFICER ADRIAN GONZALEZ; UCISD-PD OFFICER JESUS "J.J." SUAREZ**; **CITY OF UVALDE; UVALDE POLICE DEPARTMENT ("UPD") LIEUTENANT MARIANO PARGAS; UPD SERGEANT EDUARDO CANALES**; **UPD LIEUTENANT JAVIER MARTINEZ**; **UPD SERGEANT DANIEL CORONADO; UPD OFFICER LOUIS LANDRY**; **UPD OFFICER DONALD PAGE; UPD OFFICER JUSTIN MENDOZA; TEXAS DEPARTMENT OF PUBLIC SAFETY ("TDPS") REGIONAL DIRECTOR VICTOR ESCALON**; **TDPS DIRECTOR STEVEN MCGRAW; CAPTAIN JOEL BETANCOURT**; **TDPS SERGEANT JUAN MALDONADO**, and **DOES 1-600**,

*Defendants.*

ATTACHMENT B
DEFENDANTS

THE UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT ("UCISD")
1000 N. Getty St.
Uvalde, TX 78801

UCISD SCHOOL PRINCIPAL MANDY GUTIERREZ
1000 N. Getty St.
Uvalde, TX 78801

UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT ("UCISD-PD")
1000 N. Getty St.
Uvalde, TX 78801

CHIEF PEDRO ARRENDONDO
1000 N. Getty St.
Uvalde, TX 78801

UCISD-PD OFFICER ADRIAN GONZALEZ
1000 N. Getty St.
Uvalde, TX 78801

UCISD-PD OFFICER JESUS "J.J." SUAREZ
1000 N. Getty St.
Uvalde, TX 78801

CITY OF UVALDE
101 E. Main St.
Uvalde, Texas 78801

UVALDE POLICE DEPARTMENT ("UPD")
964 W. Main St.
Uvalde, TX 78801

LIEUTENANT MARIANO PARGAS
964 W Main St.
Uvalde, TX 78801

UPD SERGEANT EDUARDO CANALES
964 W. Main St.
Uvalde, TX 78801

UPD LIEUTENANT JAVIER MARTINEZ
964 W. Main St.
Uvalde, TX 78801

ATTACHMENT B
DEFENDANTS

UPD SERGEANT DANIEL CORONADO
964 W. Main St.
Uvalde, TX 78801

UPD OFFICER LOUIS LANDRY
964 W. Main St.
Uvalde, TX 78801

UPD OFFICER DONALD PAGE
964 W. Main St.
Uvalde, TX 78801

UPD OFFICER JUSTIN MENDOZA
964 W. Main St.
Uvalde, TX 78801

TEXAS DEPARTMENT OF PUBLIC SAFETY ("TDPS")
5805 North Lamar Blvd.
Austin, Texas

REGIONAL DIRECTOR VICTOR ESCALON
5805 North Lamar Blvd.
Austin, Texas 78773

TDPS DIRECTOR STEVEN MCGRAW
5805 North Lamar Blvd.
Austin, Texas 78773

CAPTAIN JOEL BETANCOURT
5805 North Lamar Blvd.
Austin, Texas 78773

TDPS SERGEANT JUAN MALDONADO
5805 North Lamar Blvd.
Austin, Texas 78773

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____
                                                         _____
                                                                  *Server's signature*

                                                         _____
                                                                  *Printed name and title*

                                                         _____
                                                                  *Server's address*

Additional information regarding attempted service, etc: