IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

FEB 2 3 2023

CLERK. U.S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

| | | |
|---|---|---|
| J.P., A MINOR BY AND THROUGH HIS PARENTS AND NEXT FRIENDS, CRYSTAL P. AND DANIEL P., INDIVIDUALLY AND ON BEHALF OF OF A CLASS OF ALL SIMILARLY SITUATED STUDENTS, ET AL., PLAINTIFFS, V. THE UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT ("UCISD"), ET AL., DEFENDANTS. | § § § § § § § § § § § § § § | CAUSE NO. 1:22-CV-1252-LY |

## ORDER

Before the court is Defendant Mandy Gutierrez's Motion to Dismiss Plaintiffs' Class Action Complaint Pursuant to Rules 12(b)(1) and (6) filed February 1, 2023 (Doc. #11). Plaintiffs' Amended Complaint was filed February 22, 2023 (Doc. #15). In light of the filing of Plaintiffs' amended complaint,

**IT IS ORDERED** that Defendant Mandy Gutierrez's Motion to Dismiss Plaintiffs' Class Action Complaint Pursuant to Rules 12(b)(1) and (6) filed February 1, 2023 (Doc. #11) is **DISMISSED WITHOUT PREJUDICE.**

SIGNED this ___23rd___ day of February, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE