IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| J.P., A MINOR BY AND THROUGH § <br> HIS PARENTS AND NEXT FRIENDS, § <br> CRYSTAL P. AND DANIEL P., § <br> INDIVIDUALLY AND ON BEHALF OF § <br> OF A CLASS OF ALL SIMILARLY § <br> SITUATED STUDENTS, ET AL., § <br> PLAINTIFFS, § <br> § <br> V. § <br> § <br> THE UVALDE CONSOLIDATED § <br> INDEPENDENT SCHOOL DISTRICT § <br> ("UCISD"), ET AL., § <br> DEFENDANTS. § | | CAUSE NO. 1:22-CV-1252-LY |

**ORDER**

Before the court is the above styled and numbered cause of action. Having reviewed the pleadings, along with the record in this cause and the applicable law, the court is of the opinion that this cause should be transferred to the Del Rio Division of the United States District Court for the Western District of Texas.

"For the convenience of parties and witnesses, in the interest if justice, a district court transfer any civil action to any other district or division where it might have been brought." *See* 28 U.S.C. § 1404(a). The events giving rise to this case all occurred in Uvalde County, Texas in the Del Rio Division of the Western District of Texas. The court concludes that the Del Rio Division is the appropriate venue for this action.

**IT IS THEREFORE ORDERED** that this cause of action is **TRANSFERRED** to the United States District Court for the Western District of Texas, Del Rio Division. The clerk is

instructed to forward the file in this cause to the United States District Court for the Western District of Texas, Del Rio Division.

SIGNED this \_\_1st\_\_ day of March, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE